**IT IS ORDERED as set forth below:**



**Date: October 13, 2015**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Michael Tom Henson Sr., | ) | |
|     Debtor. | ) | CASE NO. 15-56168 - CRM |
| - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - | |
| Michael Tom Henson Sr., | ) | |
|     Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| Cecilia Bengue Toby, | ) | |
|     Respondent. | ) | |

**ORDER SUSTAINING OBJECTION TO CLAIM AND DISALLOWING CLAIM**

On August 24, 2015, Debtor filed an Objection to Claim against Cecilia Bengue Toby ("Claimant")(Doc. No. 29). Claimant filed Claim No. 3 in the amount of $2,407.00 on August 12, 2015.

The Bar Date established for filing timely Proofs of Claim in this case was July 6, 2015. Pursuant to 11 U.S.C. Section 502(b)(9) and Bankruptcy Rule 3002(c), Debtor objected to the funding of Claim No. 3 , as it was filed after the Bar Date.  Upon notice, the Objection was set for hearing October 6, 2015.  No party appeared in opposition to Debtor's Objection to Claim; therefore, it is hereby

**ORDERED** that the Objection to Claim is SUSTAINED:   Claim No. 3 as filed by Claimant is DISALLOWED.

**[END OF DOCUMENT]**

Order Prepared By:

 /s/_____
John Brookhuis
GA Bar No. 940484
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:

   /s/_____*with express permission*
Julie M. Anania
GA Bar No. 477064
Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

# DISTRIBUTION LIST

**DEBTOR:**
Michael Tom Henson Sr.
3991 Woodbridge Dr SW
Snellville, GA 30039

**DEBTOR'S ATTORNEY:**
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

**CREDITOR:**
Cecilia Bengue Toby
2492 Field Spring Dr.
Lithonia, GA 30058

**CHAPTER 13 TRUSTEE:**
Nancy J. Whaley
303 Peachtree Center Ave
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303